THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* NORMAN JOHN FIELDS, Defendant-Appellant.

(No. 11454; ▮▮▮▮▮▮)

Fourth District—June 24, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE CRAVEN.

John F. McNichols, of Defender Project, of Springfield, for appellant.

Paul R. Welch, State's Attorney, of Bloomington, for the People.